AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Linda M. Glennon, V. Reebok International LTD,
Plaintiff   Donna Flood, Individually
and in her official
capacity at
Reebok, and
David C. Mischler,
in his official
capacity at Reebok,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 11550 NMG

TO: (Name and address of Defendant)

David C. Mischler
30 Setterland Farm Road
Hanover, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Zeytoonian, Esq.
Hutchings, Barsamian, Cross, Mandelcorn & Zeytoonian LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

DATE  JUL 2 2 2005

## WAIVER OF SERVICE OF SUMMONS

TO: Michael A. Zeytoonian, Attorney for Plaintiff, Linda M. Glennon

    I acknowledge receipt of your request that I waive service of a summons in the action of <u>Linda M. Glennon v. Reebok International LTD, Donna Flood, Individually and in her official capacity at Reebok, and David C. Mischler, in his official capacity at Reebok</u>, which is case number 05-11550NMG in the United States District Court for the District of Massachusetts. I have also received a copy of the complaint in the action, the civil cover sheet, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that David C. Mischler be served with judicial process in the manner provided by Rule 4.

    David C. Mischler will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against David C. Mischler if an answer or motion under Rule 12 is not served upon you within 60 days after July 22, 2005 or within 90 days after that date if the request was sent outside the United States.

8.4.05
Date

[Signature]
Signature