# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

———————————————————— )
                                               )
LINDA M. GLENNON,              )
    Plaintiff,                        )
                                               )    Civil Case No.: 05-11550NMG
v.                                             )
                                               )
REEBOK INTERNATIONAL, LTD.,    )
DONNA FLOOD, Individually and in  )
her official capacity at Reebok and    )
DAVID C. MISCHLER, Individually    )
and in his official capacity at Reebok,   )
    Defendants.                      )
———————————————————— )

## JOINT STATEMENT

      Pursuant to Local Rule 16.1(D), Plaintiff Linda Glennon and Defendants Reebok

International, Ltd., Donna Flood and David C. Mischler submit this joint statement:

## PROPOSED PRE-TRIAL SCHEDULE

**I.**    **DISCOVERY**

      a.    Initial Disclosures, pursuant to F.R.C.P. 26(a) and Local Rule 26.2(A),

          shall be exchanged within 14 days of the Scheduling Conference;

      b.    Interrogatories, document requests, and requests for admissions shall be

          propounded on or before January 20, 2006.

      c.    Depositions shall be completed on or before April 21, 2006.

      d.    Experts shall be disclosed in accordance with Fed. R. Civ. P. 26(a)(2)(B)

**II.**    **MOTIONS PURSUANT TO FED. R. CIV. P. 56**

      All motions pursuant to Fed. R. Civ. P. 56 shall be filed with the Court on or

before June 30, 2006.

All oppositions and replies pursuant to Fed. R. Civ. P. 56 shall be filed with the

Court on or before August 25, 2006.

### III.     PROPOSED CHANGES TO DISCOVERY LIMITATIONS

The parties do not propose to change the discovery limitations set by the Local

Rules at this time.

### **MAGISTRATE JUDGE**

The parties do not at this time consent to the trial of this matter by a magistrate

judge.

### **LOCAL RULE 16.1(D)(3) CERTIFICATIONS**

The Parties' Certifications pursuant to Local Rule 16.1(D)(3) will be submitted
under separate cover.


Respectfully submitted,

LINDA GLENNON,                         REEBOK INTERNATIONAL, LTD.,
                                       DONNA FLOOD, DAVID MISCHLER,
By her attorneys,
                                       By their attorneys,


*s/Michael A. Zeytoonian*               *s/Lisa J. Cooney*
Michael A. Zeytoonian, Esq.            Julie B. Brennan (BBO# 564101)
(BBO#558383)                           Lisa J. Cooney (BBO #636631)
HUTCHINGS, BARSAMIAN, CROSS,           MANCHEL & BRENNAN, P.C.
MANDELCORN & ZEYTOONIAN, LLP           199 Wells Avenue
110 Cedar Street                       Suite 301
Suite 250                              Newton, MA  02459
Wellesley Hills, MA  02481             (617) 796-8920
(781) 431-2231

Dated:  October 24, 2005