UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA M. GLENNON, <br>     Plaintiff, <br><br> v. <br><br> REEBOK INTERNATIONAL, LTD., <br> DONNA FLOOD, Individually and in <br> her official capacity at Reebok and <br> DAVID C. MISCHLER, Individually <br> and in his official capacity at Reebok, <br>     Defendants. | Civil Case No.: 05-11550NMG |

## NOTICE OF APPEARANCE

Notice is hereby given of the undersigned, Lisa J. Cooney, as counsel for Defendant Reebok International, Ltd, Donna Flood, individually and in her official capacity at Reebok and David C. Mischler, individually and in his capacity at Reebok, with respect to this matter.

/s/ Lisa Cooney
Julie B. Brennan (BBO #564101)
Lisa J. Cooney (BBO #636631)
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA 02459-3325
(617) 796-8920

Date:  November 1, 2005