UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
LINDA M. GLENNON,                   )
    Plaintiff,                      )
                                    )   Civil Case No.: 05-11550NMG
v.                                  )
                                    )
REEBOK INTERNATIONAL, LTD.,         )
DONNA FLOOD, Individually and in    )
her official capacity at Reebok and )
DAVID C. MISCHLER, Individually     )
and in his official capacity at Reebok, )
    Defendants.                     )
_____ )

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO
FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Reebok International Ltd. ("Reebok") states that it is a publicly held corporation, does not currently have a parent corporation and no public company owns 10% or more of its stock.

REEBOK INTERNATIONAL, LTD.,

By its attorneys,

*/s/ Lisa J. Cooney*
Julie B. Brennan (BBO# 564101)
Lisa J. Cooney (BBO #636631)
MANCHEL & BRENNAN, P.C.
199 Wells Avenue
Suite 301
Newton, MA  02459
(617) 796-8920

Dated:  November 1, 2005

**Certificate of Service**

    I, Lisa Cooney, attorney for Defendants, hereby certify that on this day a true copy of the foregoing was served by prepaid first-class mail on counsel for all parties.

*/s/ Lisa J. Cooney*
Lisa J. Cooney

Dated: November 1, 2005