UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LINDA M. GLENNON,<br>    Plaintiff,<br><br>v.<br><br>REEBOK INTERNATIONAL, LTD.,<br>DONNA FLOOD, Individually and in<br>her official capacity at Reebok and<br>DAVID C. MISCHLER, Individually<br>and in his official capacity at Reebok,<br>    Defendants. | Civil Case No.: 05-11550NMG |

**PLAINTIFF'S LOCAL RULE 16 (d)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(d)(3), the Plaintiff, Linda M. Glennon, and her Counsel, Michael A. Zeytoonian, certify and affirm that the Plaintiff and her counsel have conferred (a) as to establishing a budget for the costs of conducting the full course – and various alternative course – of the instant litigation and (b) have considered the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

_Linda M. Glennon_                    Date: 10/27/05
LINDA M. GLENNON


_Michael Zeytoonian_                  Date: 10/27/05
Michael A. Zeytoonian, Esq. (BBO# 558383)
HUTCHINGS, BARSAMIAN, MANDELCORN, CROSS & ZEYTOONIAN, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
(781) 431-2231