UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LINDA M. GLENNON,<br>  Plaintiff,<br><br>v.<br><br>REEBOK INTERNATIONAL, LTD.,<br>DONNA FLOOD, Individually and in<br>her official capacity at Reebok and<br>DAVID C. MISCHLER, Individually<br>and in his official capacity at Reebok,<br>  Defendants. | )<br>)<br>)<br>)  Civil Case No.: 05-11550NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendants Reebok International, Ltd., Donna Flood and David C. Mischler (together, "Defendants") and Defendants' counsel hereby certify, pursuant to Local Rule 16.1(D)(3), that they have conferred:

(1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Keith Wexelblatt
General Counsel, Reebok International Ltd.

_____
Donna Flood


_____
David C. Mischler

_/s/ Julie B. Brennan_
Julie B. Brennan (BBO# 564101)
Lisa J. Cooney (BBO #636631)
MANCHEL & BRENNAN, P.C.
199 Wells Avenue
Suite 301
Newton, MA 02459
(617) 796-8920

Dated: November 2, 2005

## Certificate of Service

    I, Lisa Cooney, attorney for Defendants, hereby certify that on this day a true copy of the foregoing was served by hand on counsel for all parties.

/s/ Lisa Cooney<br>
Lisa Cooney

Dated: November 2, 2005