UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LINDA M. GLENNON,<br>    Plaintiff,<br><br>v.<br><br>REEBOK INTERNATIONAL, LTD.,<br>DONNA FLOOD, Individually and in<br>her official capacity at Reebok and<br>DAVID C. MISCHLER, Individually<br>and in his official capacity at Reebok,<br>    Defendants. | Civil Case No.: 05-11550NMG |

**JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES**

Pursuant to Local Rule 16.1(G), the parties to the above-referenced action, Plaintiff Linda Glennon ("Plaintiff") and Defendants Reebok International, Ltd., Donna Flood and David C. Mischler (collectively "Defendants"), hereby request that this Court modify certain deadlines set forth in the Scheduling Order entered on November 16, 2005 as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Written Discovery | 3/31/06 & 5/31/06 | 6/30/06 |
| Fact Depositions | 5/31/06 | 8/31/06 |
| Experts disclosed by plaintiff | 6/3/06 | 9/4/06 |
| Defendant expert depositions | 8/31/06 | 11/30/06 |
| Dispositive motions filed | 9/30/06 | 12/22/06 |
| Final pretrial conference | 12/13/06 @ 3:00 pm | 3/13/07 @ 3:00 pm |
| Prepared to commence trial | 1/8/07 @ 9:00 am | 4/9/07 @ 9:00 am |

As grounds for their Motion, Plaintiff and Defendants state as follows:

1. Plaintiff filed this action against Defendants on July 22, 2005, alleging violation of the Family and Medical Leave Act and retaliation in violation of the Family and Medical Leave Act.

2. Plaintiff amended her Complaint on January 31, 2006, and added claims of age discrimination, gender discrimination/sexual harassment, and disability discrimination.

3. The Parties have served each other with written discovery requests and are in the process of completing their responses and producing requested documents.

4. Defendants conducted day one of Plaintiff's deposition on February 8, 2006, which lasted approximately five hours.

5. The Parties are also discussing the possibility of privately mediating this case.

6. Due to the number of different claims asserted, scheduling difficulties, and the possibility of mediation, the Parties do not anticipate completing all depositions in this matter prior to May 31, 2006.

Therefore, the Parties respectfully request that the Court make the requested modifications to the Scheduling Order.

Respectfully submitted,

| | |
|---|---|
| LINDA GLENNON, | REEBOK INTERNATIONAL, LTD., DONNA FLOOD, DAVID MISCHLER, |
| By her attorneys, | By their attorneys, |
| */s/Michael A. Zeytoonian* | */s/Lisa J. Cooney* |
| Michael A. Zeytoonian, Esq. (BBO#558383) | Julie B. Brennan (BBO# 564101) Lisa J. Cooney (BBO #636631) |
| HUTCHINGS, BARSAMIAN, CROSS, | MANCHEL & BRENNAN, P.C. |

MANDELCORN & ZEYTOONIAN, LLP  
110 Cedar Street  
Suite 250  
Wellesley Hills, MA  02481  
(781) 431-2231  
Dated:  March 28, 2006

199 Wells Avenue  
Suite 301  
Newton, MA  02459  
(617) 796-8920

## CERTIFICATE OF SERVICE

I, Michael A. Zeytoonian, do hereby certify that on this date, I mailed, first class, postage prepaid, and via electronic filing with this Court, the attached Joint Motion to Modify Scheduling Order Deadlines to the Defense Counsel of Record below, attorneys for the Defendants:

>   Lisa J. Cooney, Esq.
>   Manchel & Brennan, P.C.
>   Attorney for Defendant Reebok
>   199 Wells Avenue, Suite 301
>   Newton, MA 02459

>   */s/ Michael A. Zeytoonian*
>   Michael A. Zeytoonian
>   Hutchings, Barsamian, Cross, Mandelcorn
>   & Zeytoonian, LLP
>   110 Cedar Street, Suite 250
>   Wellesley Hills, MA 02481
>   (781) 431-2231
>   BBO# 558383

Date: March 28, 2006