## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LINDA M. GLENNON, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>REEBOK INTERNATIONAL, LTD., )<br>DONNA FLOOD, Individually and in )<br>her official capacity at Reebok and )<br>DAVID C. MISCHLER, Individually )<br>and in his official capacity at Reebok, )<br>    Defendants. )<br> ) | Civil Case No.: 05-11550NMG |

### DEFENDANTS' MOTION FOR LEAVE TO TAKE AN ADDITIONAL FOUR HOURS OF PLAINTIFF'S DEPOSITION

Defendants Reebok International Ltd. ("Reebok"), Donna Flood and David Mischler (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 26(b)(2), requests that the Court grant them leave to continue Plaintiff's deposition for an additional four hours. Grounds for this Motion are as follows:

1.      Plaintiff, a former employee of Reebok, pursues numerous claims against Reebok and two of her former supervisors at Reebok.  The claims include:  (1) age discrimination (Plaintiff was 41 at the time of her termination); (2) disability discrimination (based upon two different supposed disabilities); (3) gender discrimination; (4) sexual harassment; (5) FMLA violation (she took three separate leaves of absence during her employment); and (6) retaliation under FMLA and other anti-discrimination statute(s).

2.      In this litigation, Plaintiff has produced 2,591 documents in response to Defendants' document requests.  Many of these documents were compiled by Plaintiff

and removed from Reebok's premises by Plaintiff (without Reebok's approval) after she received notice that she was being removed from her position, but before her final day at Reebok. For example, Plaintiff produced hundreds of pages of confidential performance evaluations from her supervisor's files as well as confidential performance evaluations of other Reebok employees.

      3.      To date, by agreement of the parties, Defendants have taken Plaintiff's deposition for a total of approximately ten hours.[1] However, given that Plaintiff pursues five different types of discrimination and/or retaliation claims, given that Plaintiff makes allegations against three different Defendants, and given the countless Reebok documents that Plaintiff has in her possession which she may believe are relevant to her claims, Defendants require additional time to complete the deposition of Plaintiff. Counsel for Defendants has attempted to be as efficient as possible in deposing Plaintiff, but given the extensive amount of documents, allegations and claims in this case, Defendants require additional time to finish the deposition of Plaintiff.

      4.      Counsel for the parties have discussed this issue in an attempt to reach a compromise or agreement regarding the length of Plaintiff's deposition. Plaintiff has refused to continue her deposition for any additional amount of time.

WHEREFORE, Defendants hereby request that the Court grant it leave to continue Plaintiff's deposition for an additional four hours.

---

[1] Defendants have accommodated Plaintiff's scheduling restrictions by conducting the depositions during the limited timeframes during which she is available, over three separate days. For example, on the first day of her deposition, Plaintiff needed to suspend the deposition at 4:00 p.m.; Defendants granted her request. On the second day of her deposition, Plaintiff needed to suspend the deposition at 3:00 p.m.; Defendants granted her request.

       Respectfully submitted,

       REEBOK INTERNATIONAL, LTD.,
       DONNA FLOOD,
       DAVID MISCHLER,

       By their attorneys,


       *Julie B. Brennan*
       Julie B. Brennan (BBO# 564101)
       Lisa J. Cooney (BBO #636631)
       MANCHEL & BRENNAN, P.C.
       199 Wells Avenue
       Suite 301
       Newton, MA  02459
       (617) 796-8920

Dated:  September 7, 2006


### Local Rule 7.1 Certification

     I, Julie B. Brennan, counsel for the Defendants, certify that I have conferred with counsel for Plaintiff and made a good faith attempt to resolve or narrow the issue in this Motion.  Plaintiff refuses to continue her deposition.


       *Julie B. Brennan*
       Julie B. Brennan