UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
LINDA M. GLENNON,                 )
    Plaintiff,                           )
                                              )   Civil Case No.: 05-11550NMG
v.                                                )
                                              )
REEBOK INTERNATIONAL, LTD.,  )
DONNA FLOOD, Individually and in  )
her official capacity at Reebok and    )
DAVID C. MISCHLER, Individually  )
and in his official capacity at Reebok,  )
    Defendants.                       )
_____)

**JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES**

      Pursuant to Local Rule 16.1(G), the parties to the above-referenced action hereby request that this Court modify the scheduling order deadlines in this case to allow additional time for them to continue their discussions regarding the possibility of resolving this matter.  The parties have conducted extensive discovery in this matter, and only limited non-expert discovery and expert discovery remains.  However, the parties are engaging in good faith discussions in an attempt to resolve this matter prior to summary judgment and/or trial.  The parties have requested only one previous extension of the scheduling order deadlines.

      Accordingly, the parties request that this Court modify the scheduling order deadlines as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert depositions completed | 11/30/06 | 1/12/07 |
| Dispositive motions filed | 12/22/06 | 2/9/07 |
| Final pretrial conference | 3/13/07 @ 3:00 pm | 5/8/07 |
| Prepared to commence trial | 4/9/07 @ 9:00 am | 6/4/07 |

Respectfully submitted,

| | |
|---|---|
| LINDA GLENNON, | REEBOK INTERNATIONAL, LTD., DONNA FLOOD, DAVID MISCHLER, |
| By her attorneys, | By their attorneys, |
| **/s/ *Michael A. Zeytoonian*** | **/s/ *Julie B. Brennan*** |
| Michael A. Zeytoonian, Esq. (BBO#558383) | Julie B. Brennan (BBO# 564101) Lisa J. Cooney (BBO #636631) |
| HUTCHINGS, BARSAMIAN, CROSS, MANDELCORN & ZEYTOONIAN, LLP | MANCHEL & BRENNAN, P.C. |
| 110 Cedar Street Suite 250 Wellesley Hills, MA  02481 (781) 431-2231 | 199 Wells Avenue Suite 301 Newton, MA  02459 (617) 796-8920 |

Dated:  December 5, 2006

**Certificate of Service**

      I, Julie Brennan, attorney for Defendants, hereby certify that on this day a true copy of the foregoing was served by electronic service and first-class mail on counsel for all parties.

                                          */s/ Julie B. Brennan*
                                          Julie Brennan

Dated: December 5, 2006