UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
LINDA M. GLENNON,                         )
    Plaintiff,                            )
                                          )   Civil Case No.: 05-11550NMG
v.                                        )
                                          )
REEBOK INTERNATIONAL, LTD.,               )
DONNA FLOOD, Individually and in          )
her official capacity at Reebok and       )
DAVID C. MISCHLER, Individually           )
and in his official capacity at Reebok,   )
    Defendants.                           )
_____ )

## JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES

Pursuant to Local Rule 16.1(G), the parties to the above-referenced action hereby request that this Court modify the scheduling order deadlines in this case to allow additional time for them to continue their discussions regarding the possibility of resolving this matter. Lead counsel for the Defendants has just returned from a one-month leave of absence to care for her critically ill husband and, as a result of her leave of absence, the parties' settlement discussions were unable to progress. The parties have resumed their good faith settlement discussions in an attempt to resolve this matter prior to summary judgment and/or trial.

Accordingly, the parties request that this Court modify the scheduling order deadlines as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert depositions completed | 1/12/07 | 3/2/07 |
| Dispositive motions filed | 2/9/07 | 4/6/07 |
| Final pretrial conference | 5/8/07 | 7/17/07 |
| Prepared to commence trial | 6/4/07 | 8/13/07 |

Respectfully submitted,

| LINDA GLENNON, | REEBOK INTERNATIONAL, LTD., DONNA FLOOD, DAVID MISCHLER, |
|---|---|
| By her attorneys, | By their attorneys, |
| */s/ Michael A. Zeytoonian* | */s/ Julie B. Brennan* |
| Michael A. Zeytoonian, Esq. (BBO#558383) | Julie B. Brennan (BBO# 564101) |
| | Lisa J. Cooney (BBO #636631) |
| HUTCHINGS, BARSAMIAN, CROSS, MANDELCORN & ZEYTOONIAN, LLP | MANCHEL & BRENNAN, P.C. |
| 110 Cedar Street | 199 Wells Avenue |
| Suite 250 | Suite 301 |
| Wellesley Hills, MA  02481 | Newton, MA  02459 |
| (781) 431-2231 | (617) 796-8920 |

Dated:  January 19, 2007

**Certificate of Service**

    I, Julie Brennan, attorney for Defendants, hereby certify that on this day a true copy of the foregoing was served by electronic service and first-class mail on counsel for all parties.

*/s/ Julie B. Brennan*<br>Julie Brennan

Dated: January 19, 2007