UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA M. GLENNON,<br>    Plaintiff,<br><br>v.<br><br>REEBOK INTERNATIONAL, LTD.,<br>DONNA FLOOD, Individually and in<br>her official capacity at Reebok and<br>DAVID C. MISCHLER, Individually<br>and in his official capacity at Reebok,<br>    Defendants. | Civil Case No.: 05-11550NMG |

**JOINT MOTION TO CONTINUE (RESCHEDULE) MEDIATION**

The parties to the above-referenced action hereby request that this Court reschedule the mediation before Magistrate Judge Dein, currently scheduled for April 2, 2007. As grounds for this Motion, the parties state that the representative of Reebok who will attend the mediation is unavailable on April 2, 2007 because he will be traveling for the Jewish holiday. As requested by the Court Clerk, the parties provide the following three dates on which they are available: April 5, 2007, April 6, 2007, and April 23, 2007.

2

Respectfully submitted,

| | |
|---|---|
| LINDA GLENNON, | REEBOK INTERNATIONAL, LTD., |
| | DONNA FLOOD, DAVID MISCHLER, |
| By her attorneys, | |
| | By their attorneys, |
| | |
| /s/ *Michael A. Zeytoonian* | /s/ *Julie B. Brennan* |
| Michael A. Zeytoonian, Esq. | Julie B. Brennan (BBO# 564101) |
| (BBO#558383) | Lisa J. Cooney (BBO #636631) |
| HUTCHINGS, BARSAMIAN, CROSS, | MANCHEL & BRENNAN, P.C. |
| MANDELCORN & ZEYTOONIAN, LLP | 199 Wells Avenue |
| 110 Cedar Street | Suite 301 |
| Suite 250 | Newton, MA 02459 |
| Wellesley Hills, MA 02481 | (617) 796-8920 |
| (781) 431-2231 | |

Dated: February 13, 2007

**Certificate of Service**

    I, Julie Brennan, attorney for Defendants, hereby certify that on this day a true copy of the foregoing was served by mail on counsel for all parties.

*/s/ Julie B. Brennan*
Julie Brennan

Dated:  February 13, 2007