UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LINDA M. GLENNON,<br>    Plaintiff,<br><br>v.<br><br>REEBOK INTERNATIONAL, LTD.,<br>DONNA FLOOD, Individually and in<br>her official capacity at Reebok and<br>DAVID C. MISCHLER, Individually<br>and in his official capacity at Reebok,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No.: 05-11550NMG |

## JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES

Pursuant to Local Rule 16.1(G), the parties to the above-referenced action hereby request that this Court modify the scheduling order deadlines in this case to allow time for the parties to attend a mediation before Magistrate Judge Dein on April 6, 2007. The parties hope to resolve this matter at the mediation and avoid the filing of summary judgment papers and/or trial.

Accordingly, the parties request that this Court modify the scheduling order deadlines as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert depositions completed | 3/2/07 | 5/23/07 |
| Dispositive motions filed | 4/6/07 | 6/29/07 |
| Final pretrial conference | 8/9/07 at 3 | 10/29/07 |
| Prepared to commence trial | 8/13/07 | 11/5/07 |

Respectfully submitted,

| | |
|---|---|
| LINDA GLENNON, | REEBOK INTERNATIONAL, LTD., DONNA FLOOD, DAVID MISCHLER, |
| By her attorneys, | By their attorneys, |
| /s/ *Michael A. Zeytoonian* | /s/ *Julie B. Brennan* |
| Michael A. Zeytoonian, Esq. (BBO#558383) HUTCHINGS, BARSAMIAN, CROSS, MANDELCORN & ZEYTOONIAN, LLP 110 Cedar Street Suite 250 Wellesley Hills, MA  02481 (781) 431-2231 | Julie B. Brennan (BBO# 564101) Lisa J. Cooney (BBO #636631) MANCHEL & BRENNAN, P.C. 199 Wells Avenue Suite 301 Newton, MA  02459 (617) 796-8920 |

Dated:  February 23, 2007

**Certificate of Service**

    I, Julie Brennan, attorney for Defendants, hereby certify that on this day a true copy of the foregoing was served by mail on counsel for all parties.

*/s/ Julie B. Brennan*
Julie B. Brennan

Dated:  February 23, 2007