UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LINDA M. GLENNON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-11550-NMG |
| | ) | |
| REEBOK INTERNATIONAL LTD, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GORTON

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On    April 6, 2007    , I held the following ADR proceeding:

    _____  SCREENING CONFERENCE     _____  EARLY NEUTRAL EVALUATION

    __X__  MEDIATION     _____  SUMMARY BENCH/JURY TRIAL

    _____  MINI-TRIAL     _____  SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]  Settled.  Your clerk should enter a 45-day order of dismissal.

[ ]  There was progress.  A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

                                                  / s / Judith Gail Dein
                                            Judith Gail Dein, U.S. Magistrate Judge
DATED:  April 6, 2007                       ADR Provider