UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
LINDA M. GLENNON,              )
    Plaintiff,                            )
                                                    )        Civil Case No.: 05-11550NMG
v.                                                )
                                                    )
REEBOK INTERNATIONAL, LTD.,   )
DONNA FLOOD, Individually and in )
her official capacity at Reebok and   )
DAVID C. MISCHLER, Individually   )
and in his official capacity at Reebok, )
    Defendants.                        )
_____ )

## STIPULATION OF DISMISSAL WITH PREJUDICE

    The parties to the above-referenced action hereby stipulate to the dismissal of this action, with prejudice, and without attorneys' fees or costs awarded to any party.

Respectfully submitted,

| LINDA GLENNON, | REEBOK INTERNATIONAL, LTD., DONNA FLOOD, DAVID MISCHLER, |
|---|---|
| By her attorneys, | By their attorneys, |
| */s/ Michael A. Zeytoonian* | */s/ Julie B. Brennan* |
| Michael A. Zeytoonian, Esq. (BBO#558383) | Julie B. Brennan (BBO# 564101) |
| HUTCHINGS, BARSAMIAN, CROSS, MANDELCORN & ZEYTOONIAN, LLP | Lisa J. Cooney (BBO #636631) |
| 110 Cedar Street | MANCHEL & BRENNAN, P.C. |
| Suite 250 | 199 Wells Avenue |
| Wellesley Hills, MA  02481 | Suite 301 |
| (781) 431-2231 | Newton, MA  02459 |
|  | (617) 796-8920 |

Dated:  June 20, 2007

## Certificate of Service

I, Julie Brennan, attorney for Defendants, hereby certify that on this day a true copy of the foregoing was served by electronic service and first-class mail on counsel for all parties.

*/s/ Julie B. Brennan*
Julie Brennan

Dated: June 20, 2007